UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE LORING CASH,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>　　　　　　　　　　　Defendant. | Case No.: 17cv0041 W (JLB)<br><br>**ORDER GRANTING MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES [DOC. 24]** |

Pending before the Court is Plaintiff's motion for an award of attorney's fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and for costs under 28 U.S.C. § 1920. The motion is unopposed.

As an initial matter, Plaintiff's motion is confusing regarding the amount sought. For example, Plaintiff's petition concludes as follows:

> Wherefore, plaintiff prays that the court award fees and expenses pursuant to the EAJA payable to the Law Offices of Rohlfing & Kalagian, LLP in the amount of $3,225.50, $400 for fees, and $16.56 for the expenses, for a total of $3,625.50.

(*Petition* [Doc. 24], 3:11–14.)  The concluding paragraph seems to suggest Plaintiff is seeking $3,225.50 + $400 + $16.56, which equals $3,642.06.  Yet, Plaintiff states she is seeking "a total of $3,625.50."

The memorandum of points and authorities is also confusing in that Plaintiff states:

> The court should award fees of $400.00, further compensating 13.3 hours of attorney time at up to $195.95 per hour, and 4.4 hours of paralegal time at $137.00 per hour for fees and expenses incurred of $16.56. The fees and expenses sought based on an increase in the cost of living is thus $3,625.50 to the Law Offices of Rohlfing & Kalagian, LLP.

(*P&A* 12:15–13:3.)

Nevertheless, Exhibit 1 to Laura E. Krank's declaration appears to clarify that Plaintiff's request for $3,625.50 consists of the following: $16.56 in costs for service of the summons and complaint; $602.80 for 4.4 hours of paralegal time billed at an hourly rate of $137.00; $2,606.14 for 13.3 hours of attorney time billed at an hourly rate of $195.95; and $400 in costs.  (*See Krank Dec.*, Ex. 1.)

Accordingly, having reviewed the moving papers, good cause appearing, and there being no opposition, the Court **GRANTS** the motion [Doc. 24] and **AWARDS** $3,625.50 in attorney fees, expenses and costs.

**IT IS SO ORDERED**.

Dated:  October 1, 2018

Hon. Thomas J. Whelan
United States District Judge